UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HUGHE JEAN-CHARLES, and AUDREY JEAN-CHARLES on behalf of themselves and on behalf of their infant children, RJC and DJC,

    Plaintiffs,

v.

THE CITY OF NEW YORK, et al.,

    Defendants.

Index No. 21-CV-03803-DG-RML

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and upon all prior pleadings and proceedings in this matter, Defendants Success Academy Charter Schools, Inc., Success Academy Charter Schools – NYC, and Vailarie Eubanks by and through their undersigned attorneys, will move this Court before the Honorable Diane Gujarati at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza E., Brooklyn, New York, 11201, on a date and time to be designated by the Court, for an Order dismissing the Cross-Claim, pursuant to Federal Rule of Civil Procedure 12(b)(6), based on failure to state a claim, and for such other relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, under Local Civil Rule 6.1, papers filed in opposition to this motion must be served and filed within fourteen (14) days of service of the motion papers (or May 5, 2025) and reply papers, if any, must be served and filed within seven (7) days of service of the opposition papers (or May 12, 2024), unless the Court directs otherwise.

Date: April 21, 2025

Georgia K. Winston
Hannah Belitz
**WALDEN MACHT HARAN & WILLIAMS LLP**
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030
gwinston@wmhwlaw.com

*Attorneys for Success Academy Charter Schools, Inc., Success Academy Charter Schools – NYC, and Vailarie Eubanks*